1  **GREGORY T. MURPHY**
   California State Bar No. 245505
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: gregory_murphy@fd.org

5  Attorneys for Juan Manuel Villa

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10                **(HONORABLE WILLIAM McCURINE, JR.)**

11 | UNITED STATES OF AMERICA,        ) Case No. 08MJ0463
                                     )
12 |          Plaintiff,              )
                                     )
13 | v.                               ) **CERTIFICATE OF SERVICE**
                                     )
14 | JUAN MANUEL VILLA,               )
                                     )
15 |          Defendant.              )
   |_____)

17     Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                     U.S. Attorney CR
                   Efile.dkt.gc2@usdoj.gov; and
20
                      Robert E. Schroth, Jr.
21                robschrothesq@sbcglobal.net

22                          Respectfully submitted,

24 DATED:    February 21, 2008          /s/ Gregory T. Murphy
                                        **GREGORY T. MURPHY**
25                                      Federal Defenders of San Diego, Inc.
                                        Attorneys for Juan Manuel Villa