1
2
3
4
5
6                         UNITED STATES DISTRICT COURT
7                       SOUTHERN DISTRICT OF CALIFORNIA

8  UNITED STATES OF AMERICA,        )   Criminal Case No. 08CR0592-BTM
                                    )
9              Plaintiff,           )   I N F O R M A T I O N
                                    )
10       v.                         )   Title 8, U.S.C.,
                                    )   Secs. 1324(a)(1)(A)(ii) and
11  JUAN MANUEL VILLA,              )   (v)(II) - Transportation of
                                    )   Illegal Aliens and Aiding and
12             Defendant.           )   Abetting
                                    )
13

14       The United States Attorney charges:

15       On or about February 15, 2008, within the Southern District of

16  California, defendant JUAN MANUEL VILLA, with the intent to violate

17  the immigration laws of the United States, knowing and in reckless

18  disregard of the fact that an alien, namely, Jose Ines Arias-Rios, had

19  come to, entered and remained in the United States in violation of

20  law, did transport and move, said alien within the United States in

21  furtherance of such violation of law; in violation of Title 8, United

22  States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

23       DATED: 3/4/08    .

24                                       KAREN P. HEWITT
                                         United States Attorney
25

26
                                         for  J.P.U.
27                                       CARLA J. BRESSLER
                                         Assistant U.S. Attorney
28

CJB:kmm:San Diego
2/21/08