UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>          Plaintiff )<br>  )<br>vs. )<br>  )<br>Juan Manuel Villa )<br>  )<br>          Defendant(s) ) | CRIMINAL NO. 08 CR 592 BTM<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 07259298 |

On order of the United States District/Magistrate Judge, **William McCurine, Jr.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

Jose Ines Arias-Rios

DATED: 3-4-08

**William McCurine, Jr.**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
                    DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk
    by _____
            Deputy Clerk