MINUTES OF THE UNITED STATES COURT
SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs __Juan Manuel Villa__    No. __08CR0592-BTM__

The Court finds excludable delay, under the section indicated by check (✓),
commenced on __3-20-08__ and ended on __6-20-08__ ; (X7,XI)
_____ and ended on _____ . (   )

3161(h)

___ (1)(A)  Exam or hrg for mental or physical incapacity

___ (1)(B)  NARA examination (28:2902)

___ (1)(D)  State or Federal trials or other charges pending

___ (1)(E)  Interlocutory appeals

___ (1)(F)  Pretrial motions (from flg to hrg or other prompt dispo)

___ (1)(G)  Transfers from other district (per FRCrP 20, 21 & 40)

___ (1)(J)  Proceedings under advisement not to exceed thirty days

___        Misc proc: Parole or prob rev, deportation, extradition

___ (1)(H)  Transportation from another district or to/from examination or hospitalization in ten days or less

_X_ (1)(I)  Consideration by Court of proposed plea agreement

___ (2)     Prosecution deferred by mutual agreement

___ (3)(A)(B)  Unavailability of defendant or essential witness

___ (4)     Period of mental or physical incompetence of defendant to stand trial

___ (5)     Period of NARA commitment or treatment

___ (6)     Superseding indictment and/or new charges

___ (7)     Defendant awaiting trial of co-defendant when no severance has been granted

___ (8)(A)(B)  Continuances granted per (h)(8) - use "T" alone if more than one of the reasons below are given in support of continuance

_X_ (8)(B)(I)  1) Failure to grant a continuance in the proceeding would result in a miscarriage of justice and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. (Continuance - miscarriage of justice)
2) Failure to grant a continuance of the trial would result in a miscarriage of justice as the defendant has tendered a guilty plea to a magistrate judge and is awaiting a determination as to whether the plea will be accepted. (Continuance - tendered a guilty plea)

___ (8)(B)(ii)  2) Case unusual or complex

___ (8)(B)(iii) 3) Indictment following arrest cannot be filed in thirty (30) days

___ (8)(B)(iv) 4) Continuance granted in order to obtain or substitute counsel, or give reasonable time to prepare (Continuance re counsel)

___ 3161(I)  Time up to withdrawal of guilty plea

___ 3161(b)  Grand jury indictment time extended thirty (30) more days

Date __3-20-08__    __WMc__
                    Judge's Initials

Codes: A B C D E F G H 6 7 I M N O P R T T1 T2 T3 T4 U W